UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTINA TANFORAN,<br><br>        Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>        Defendant. | No. CIV. S-13-0762 LKK/KJN<br><br><br>**ORDER** |

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than forty-five (45) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

    IT IS SO ORDERED.

    DATED: October 10, 2013.

                                    LAWRENCE K. KARLTON<br>
                                    SENIOR JUDGE<br>
                                    UNITED STATES DISTRICT COURT