UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| BETTINA TANFORAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:13-CV-00762 LKK KJN<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |

　　　　IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties.  The parties are to bear their own respective attorneys' fees and costs.

DATED:  November 22, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4849-5807-0550 v1　　　　- 1 -　　　　CASE NO. 2:13-CV-00762 LKK KJN
(PROPOSED) ORDER RE STIP. FOR DISMISSAL W/PREJ. OF ENTIRE ACTION